## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt  
Clerk

100 EAST FIFTH STREET, ROOM 540  
POTTER STEWART U.S. COURTHOUSE  
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000  
www.ca6.uscourts.gov

Filed: January 13, 2023

Ms. Kinikia D. Essix  
Eastern District of Michigan at Ann Arbor  
P.O. Box 8199  
Ann Arbor, MI 48107-0000

      Re:  Case No. 22-1353, *Leanne Walters, et al v. Richard Snyder, et al*  
           Originating Case No. : 5:17-cv-10164

Dear Ms. Essix,

  Enclosed is a copy of the mandate filed in this case.

                                            Sincerely yours,

                                            s/Austin D. Tyree  
                                               for Amy Gigliotti, Case Management Specialist

cc:  Mr. Timothy S. Bishop  
      Ms. Melanie P. Daly  
      Mr. Philip A. Erickson  
      Mr. Gaetan E. Gerville-Reache  
      Ms. Stephanie Franxman Kessler  
      Mr. Michael E. Lackey Jr.  
      Mr. Brian P. Lennon  
      Mr. William James Murphy  
      Mr. Minh Nguyen-Dang  
      Mr. Charles Robert Quigg  
      Mr. Bryan M. Reines  
      Mr. Corey M. Stern  
      Mr. Sherman Vance Wittie

Enclosure

Case: 22-1353 Document: 70 Filed: 01/13/2023 Page: 2

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 22-1353

_____

Filed: January 13, 2023

In re: FLINT WATER CASES

-------------------------------

LEE-ANNE WALTERS, et al

        Plaintiffs

and

E.S., A.T., R.V., D.W.

        Plaintiffs - Appellees

v.

RICHARD DALE SNYDER [22-1353]
DARNELL EARLEY [22-1353]
RICHARD BAIRD [22-1357]
HOWARD D. CROFT [22-1358]
GERALD AMBROSE [22-1360]

        Defendants - Appellants

VEOLIA NORTH AMERICA, LLC; VEOLIA NORTH AMERICA, INC.; VEOLIA WATER NORTH AMERICA OPERATING SERVICES, LLC; LOCKWOOD, ANDREWS & NEWMAN, P.C.; LOCKWOOD, ANDREWS & NEWMAN, INC.; LEO A. DALY COMPANY

        Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 11/08/2022 the mandate for this case hereby issues today.

COSTS:  None